**Order entered November 16, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01299-CV

## IN RE SONIA ALVAREZ, Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-55108-2016**

## ORDER

Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** relator to bear the costs, if any, of this proceeding.


/s/     LANA MYERS
          JUSTICE